## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RACHELLE SCHROEDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 8:11-cv-00386-JFB-TDT |
| ) | |
| **McCARTHY FLOWERS NEBRASKA,** ) | |
| **INC., a Nebraska Corporation** ) | ORDER OF DISMISSAL |
| d/b/a Piccolo's Floral and Gifts, and ) | |
| JOHN DOES 1-10, fictitious names ) | |
| as real names and addresses unknown ) | |
| ) | |
| **Defendants.** ) | |

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear its or his own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

Dated this 18th day of September, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge